**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JASON BOICE, *et al.*,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 26-00373-KD-B** |
| | * | |
| **GREAT LAKES INSURANCE SE,** | * | |
| | * | |
| **Defendant.** | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 23, 2026 (Doc. 12) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant's motion to dismiss Count II of Plaintiffs' complaint (Doc. 4) is **GRANTED**, and Count II of Plaintiffs' complaint is **DISMISSED with prejudice** as barred by the statute of limitations.

DONE and ORDERED this the 10th day of November 2026.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE